UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14008-TP-GRAHAM/MAYNARD
CASE NO. 10-14011-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WESLEY NOURSE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Magistrate Judge's Report and Recommendation on the Petition for Violation of Supervised Release filed on July 9, 2019 (ECF No. 94).

Magistrate Judge Shaniek N. Maynard held an Evidentiary Hearing on April 6, 2022, and a Report and Recommendation was filed recommending that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 6, 7, 8, 9, and 10, and that a sentencing hearing be set for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation (ECF No. 94) on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2022.

_/s/ Donald L. Graham_
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE